UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA GARRETT ) | |
| ) | Case Number: 09-cv-1966 |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | |
| GENERAL REVENUE ) | |
| CORPORATION ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, CAROLYN HIGGINS, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

> BY: /s/ Brent F. Vullings
> Brent F. Vullings, Esquire
> Attorney for Plaintiff
> Attorney I.D. #92344
> Warren & Vullings, LLP
> 1603 Rhawn Street
> Philadelphia, PA  19111
> 215-745-9800